UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. McEVOY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SITTIDA, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-2186 DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: October 19, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/mcev2186.59

1